**Ex. B-3**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Michael |  | Lomax |  |  | $2,000,000.00 | $2,000,000.00 |
| 2. | Katie | M. | McCloskey |  |  | $2,000,000.00 | $2,000,000.00 |

| **TOTALS** | | | | | | $4,000,000.00 | $4,000,000.00 |