# EXHIBIT B

| | |
|---|---|
| **From:** | Strong, Bruce |
| **Sent:** | Friday, September 29, 2023 1:16 PM |
| **To:** | 'ccurran@whitecase.com'; 'nerb@whitecase.com' |
| **Cc:** | 'Don Migliori'; 'WTC[jflowers@motleyrice.com]'; 'Carter, Sean'; 'Haefele, Robert'; 'Eubanks, John'; Goldman, Jerry S. |
| **Subject:** | 23-1319 In Re: Terrorist Attacks on September 11, 2001 - Form C |
| **Attachments:** | Form C - MDL.pdf |

Counsel,

We have reviewed Sudan's Form C (attached) and believe it is missing several Anderson Kill cases currently pending against Sudan. In addition to the Anderson Kill cases listed in Sudan's Form C, Anderson Kill has also added Sudan as a defendant to the following cases. Can you please confirm?

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076
*Jessica DeRubbio, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05306
*Horace Morris, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05321
*August Bernaerts, et al. v. Islamic Republic of Iran, et al.*, No. 19-cv-11865
*Justin Strauss, et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-10823
*Celestine Kone, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-05790
*Danielle Kelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-07283
*Gladys Lopez, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-08305

*See* MDL ECF Nos. 9029, 9203, 9271, 9300, 9315, 9357.

We intend to include these cases in Form C in connection with our cross-notice of appeal.

Thanks very much,

Bruce



**Bruce Strong**
Shareholder

**ANDERSON KILL**

**1760 Market Street, Suite 600 - Philadelphia, PA 19103**
**T: 267-216-2738 - F: 215-568-4573**
**1251 Avenue of the Americas - New York, NY 10020**
**T: 212-278-1034 - F: 212-278-1733**
Bstrong@andersonkill.com - www.andersonkill.com
Biography

1