**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

IN RE:  03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON  **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (SN)

    Morris, et al. v. Islamic Republic of Iran, 18-cv-5321 (GBD) (SN)

    Jimenez, et al. v. Islamic Republic of Iran, 18-cv-11875 (GBD) (SN)

    Aamoth, et al. v. Islamic Republic of Iran, 18-cv-12276 (GBD) (SN)

    Bernaerts, et al. v. Islamic Republic of Iran, 19-cv-11865 (GBD) (SN)

    King, et al. v. Islamic Republic of Iran, 22-cv-5193 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 3, 2024, the Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED

that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A and B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York
August 5, 2025

           **TAMMI M. HELLWIG**
           _____
           **Clerk of Court**

**BY:** *[signature]*
           _____
           **Deputy Clerk**

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | |
| 1 | Susan | | Calcagno | | Philip | V. | Calcagno | | US | 9/11/01 | NY | 02cv06977 | 1463 at 32 | | 3226 at 5; 8275-1 at 3, 8973 | $  - | 9680-14 | 3/1/23 | | $ 1,392,669.00 | |
| 2 | Regina | | Gans | | Eugene | | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 3, 8973 | $  - | 9680-15 | 3/1/23 | | $ 231,154.00 | |
| 3 | Felicia | | Corbett Jones | | Joseph | | Corbett | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $  - | 9680-9 | 3/1/23 | | $ 4,110,201.00 | Personal Representative is listed as Felicia Corbett in 1463 at 33 |
| 4 | Brooke | | Deming | | Francis | X. | Deming | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 6; 8275-1 at 4, 8973 | $  - | 9680-16 | 3/1/23 | | $ 5,983,851.00 | |
| 5 | Perry | | Oretzky | | Mary | Lynn | Edwards Angell | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 5; 8275-1 at 4, 8973 | $  - | 9680-12 | 4/1/23 | | $ 1,998,157.00 | Decedent is listed as Lynn Angell in 1463 at 30 and 3226 at 5 |
| 6 | Jeanine | | Frazier | | Clyde | | Frazier | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 3226 at 6; 8275-1 at 5, 8973 | $  - | 9680-3 | 3/1/23 | | $ 1,769,922.00 | |
| 7 | Meg | | Bloom | | Thomas | | Glasser | | US | 9/11/01 | NY | 02cv06977 | 1463 at 10 | | 3226 at 3; 8275-1 at 5, 8973 | $  - | 9680-17 | 3/1/23 | | $ 14,494,168.00 | |
| 8 | Allison | | Hobbs | | Thomas | A. | Hobbs | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 6; 8275-1 at 6, 8973 | $  - | 9680-11 | 8/1/23 | | $ 3,137,796.00 | |
| 9 | Maureen | | Kennedy | | Robert | C. | Kennedy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8; 8275-1 at 6, 8973 | $  - | 9680-4 | 3/1/23 | | $ 1,450,312.00 | |
| 10 | Kimberly | | LaMantia | | Stephen | | LaMantia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8 | $  - | 9680-8 | 4/1/23 | | $ 9,465,390.00 | |
| 11 | Jason | | Seymour | | Jacqueline | | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $  - | 9680-18 | 3/1/23 | | $ 3,657,628.00 | |
| 12 | Jason | | Seymour | | Robert | G. | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 3; 8275-1 at 8, 8973 | $  - | 9680-19 | 3/1/23 | | $ 519,673.00 | |
| 13 | Joanna | | Ostrowski | | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | | 3226 at 6 | $  - | 9680-20 | 8/1/23 | | $ 3,196,906.00 | |
| 14 | Theresa | | Regan | | Donald | J. | Regan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 54 | | 3226 at 8; 8275-1 at 9, 8973 | $  - | 9680-13 | 3/1/23 | | $ 3,003,752.00 | |
| 15 | Rodney | | Callum | | Michell | L. | Robotham | | US | 9/11/01 | NY | 02cv06977 | 1463 at 28 | | 3226 at 5; 8275-1 at 9, 8973 | $  - | 9680-21 | 3/1/23 | | $ 4,088,242.00 | |
| 16 | Lauren | | Rosenzweig Morton | | Phillip | | Rosenzweig | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7; 8275-1 at 9, 8973 | $  - | 9680-6 | 3/1/23 | | $ 10,973,377.00 | |
| 17 | Nancy | | Raeside Shea | | Joseph | P. | Shea | | US | 9/11/01 | NY | 02cv06977 | 1463 at 22 | | 3226 at 4; 8275-1 at 10, 8973 | $  - | 9680-7 | 3/1/23 | | $ 27,717,220.00 | Personal Representative is listed as Nancy Shea in 1463 at 22 |
| 18 | Dena | | Smagala | | Stanley | S. | Smagala | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 10, 8973 | $  - | 9680-22 | 3/1/23 | | $ 4,411,875.00 | |
| 19 | Jill | | Tarrou | | Michael | C. | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7 | $  - | 9680-23 | 4/1/24 | | $ 1,030,247.00 | |
| 20 | Robert | | Spadafora | | James | A. | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $  - | 9680-24 | 3/1/23 | | $ 1,200,647.00 | |
| 21 | Robert | | Spadafora | | Mary | | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $  - | 9680-25 | 3/1/23 | | $ 829,005.00 | |
| 22 | Mary | | Tselepis | | William | P. | Tselepis | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $  - | 9680-10 | 4/1/23 | | $ 7,994,971.00 | |
| 23 | Elizabeth | Anne | Vandevander | | Jon | C. | Vandevander | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 5; 8275-1 at 11, 8973 | $  - | 9680-26 | 3/1/23 | | $ 10,464,313.00 | Personal Representative is listed as Anne Vandevander in |
| 24 | Patricia | | Vilardo | | Joseph | | Vilardo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $  - | 9680-5 | 3/1/23 | | $ 10,603,217.00 | |
| 25 | Paul | | Kiefer | | Brian | | Warner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 38 | | 3226 at 6; 8275-1 at 11, 8973 | $  - | 9680-27 | 3/1/23 | | $ 6,350,298.00 | |

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | |
| 26 | Judith | | Weil | | Joanne | F. | Weil | | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | 8246 at 4, 8251 | 3226 at 8; 8275-1 at 11, 8973 | $ - | 9680-28 | 3/1/23 | | $ 2,398,784.00 | |
| 27 | Helen | | Zaccoli | | Joseph | | Zaccoli | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 8 | $ - | 9680-2 | 2/1/23 | | $ 4,097,292.00 | |
| 28 | Melissa | | Van Ness Fatha | | Syed | Abdul | Fatha | | India | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275-1 at 4, 8973 | $ - | 9680-1 | 4/1/23 | | $ 546,892.00 | |
| 29 | Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275-1 at 5, 8973 | $ - | 9941-3 | 7/1/24 | | $ 5,072,471.00 | |
| 30 | Charles | Leslie | Berkeley | | Graham | | Berkeley | | United Kingdom | 9/11/01 | NY | 02cv06977 | 1463 at 49 | 9929, 9953 | 3226 at 5 | $ - | 9941-2 | 7/1/24 | | $ 4,174,439.00 | |
| 31 | Patricia | | Carrington | | Jeremy | Mark | Carrington | | United Kingdom | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5 | $ - | 9941-1 | 7/1/24 | | $ 6,641,259.00 | |
| 32 | Linda | | Alvarez | | Juan | Pablo Alvarez | Cisneros | | Guatemala | 9/11/01 | NY | 22cv05193 | 22cv05193, 1 at 4 | | N/A | $ - | 9820-5, at 1 | 5/1/24 | | $ 2,205,587.00 | |
| 33 | Jermaine | | Cook | | Helen | | Cook | | Honduras | 9/11/01 | NY | 18cv12276 | 18cv12276, 1 at 4 | 7403 at 3-4, 7429 | N/A | $ - | 9820-5, at 24 | 5/1/24 | | $ 2,143,658.00 | |
| 34 | Gillian | | Gransaull-Joseph | | Stephen | | Joseph | | Trinidad and Tobago | 9/11/01 | NY | 22cv05193 | 22cv05193, 1 at 4 | | N/A | $ - | 9820-5, at 47 | 3/1/24 | | $ 2,385,475.00 | |
| 35 | Zahro a/k/a Zakhro | | Kamardinova | | Gavkharoy | | Kamardinova | | Uzbekistan | 9/11/01 | NY | 18cv11875 | 18cv11875, 6 at 1 | | N/A | $ - | 9820-5, at 70 | 3/1/24 | | $ 905,157.00 | |
| 36 | Haleema | | Salie | | Rahma | | Salie | | Sri Lanka | 9/11/01 | NY | 18cv05321 | 18cv05321, 6 at 7 | | N/A | $ - | 9832, at 1 | 7/1/24 | | $ 4,972,584.00 | |
| 37 | Josephine | | Fink | | Derek | O. | Sword | | United Kingdom | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 7 | 8134, 8139 (granting 8134) | N/A | $ - | 9832, at 24 | 7/1/24 | | $ 10,161,541.00 | |

# Exhibit B

| # | (Plaintiff, as Personal Representative of the Estate of Solatium Plaintiff) | | | | Plaintiff | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Patricia | | Carrington | | US | Jeremy | | Carrington | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 02cv06977, 997 | Spouse | | | $ 12,500,000.00 |
| 2 | | | | | Matthew | | Clark | | US | Gregory | A. | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 5 | 02cv06977, 2029 | Child | | | $ 8,500,000.00 |
| 3 | Paula | | Hayes Cottoy | | Abeeku | Ngozi | Cottoy | | US | Conrod | | Cottoy | Sr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2034 | Child | | | $ 8,500,000.00 |
| 4 | | | | | Keithroy | | Maynard | II | US | Keithroy | | Maynard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | 02cv06977, 1978 | Child | | | $ 8,500,000.00 |
| 5 | Mary | | Vogt | | Elizabeth | A. | Minardi | | US | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | 02cv06977, 2030 | Parent | | | $ 8,500,000.00 |
| 6 | | | | | Joanna | | Ostrowski | | US | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 |
| 7 | | | | | David | | Rosenberg | | US | Peter | | Vega | | US | 9/11/01 | NY | 02cv06977 | 1463 at 11 | 02cv06977, 1978 | Sibling | | | $ 4,250,000.00 |
| 8 | | | | | Sonia | | Shah | | US | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | 02cv06977, 1978 | Child | | | $ 8,500,000.00 |
| 9 | | | | | Gina | | Tarrou | | US | Michael | | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | 02cv06977, 2027 | Child | | | $ 8,500,000.00 |
| 10 | Niloy | | Shah | | Malti | | Shah | | US | Jayesh | Shantilal | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | 02cv06977, 2085 | Parent | | | $ 8,500,000.00 |
| 11 | | | | | Ondre | Raymond | Forde | | United Kingdom | Godwin | Orville | Forde | | United Kingdom | 9/11/01 | NY | 18cv12276 | 18cv12276, 1 at 7-8 | 9761 at 3 | Child | | | $ 8,500,000.00 |