# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE:                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

    Morris, et al. v. Islamic Republic of Iran, 18-cv-5321 (GBD) (SN)

    Hemenway, et al. v. Islamic Republic of Iran, 18-cv-12277 (GBD) (SN)

    Kone, et al. v. Islamic Republic of Iran, 23-cv-5790 (GBD) (SN)

    Kelly, et al. v. Islamic Republic of Iran, 23-cv-7283 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2024, the Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that the motion for judgment by default against Iran on behalf of the Plaintiffs in Kone and Kelly is GRANTED and judgments as to liability are entered in favor of all Kone and Kelly Plaintiffs against Iran; and it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory amages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is **ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is **ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per

annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is **ORDERED** that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

August 5, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

BY: _____
**Deputy Clerk**

# Exhibit A

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Ursula | | Andrus | | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 1 at 4 | | | $2,000,000.00 | 10145-3 | 7/1/24 | | $4,834,972.00 |
| 2 | Sarah | | Cherry | | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | | $2,000,000.00 | 10240-5, at 1 | 6/1/24 | | $6,067,911.00 |
| 3 | Georgette | | Conroy | | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | 10240-5, at 24 | 11/1/23 | | $2,756,096.00 |
| 4 | Lisa | | DeRienzo | | Michael | | DeRienzo | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3-4 | | | $2,000,000.00 | 10240-5, at 46 | 6/1/24 | | $2,380,385.00 |
| 5 | Kimmie | | Chedel | | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | 10230; 10233 | | $2,000,000.00 | 10240-5, at 69 | 7/1/24 | | $23,690,154.00 |
| 6 | Maria | Alayo | Aguilar | | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | N/A | N/A | | N/A |
| 7 | Diane | | Inghilterra | | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | 10240-5, at 92 | 7/1/24 | | $4,198,304.00 |
| 8 | Andrew | C. | Kelly | | Maurice | Patrick | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | | $2,000,000.00 | 10240-5, at 116 | 7/1/24 | | $3,269,074.00 |
| 9 | Reza | | Mashayekhi | | Darya | | Lin | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1-2 | 10222 at 3; 10227 | | $2,000,000.00 | N/A | N/A | | N/A |
| 10 | Alana | | McKenzie | | Molly | Lou | McKenzie | | US | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 4 | | | $2,000,000.00 | N/A | N/A | | N/A |
| 11 | Rebecca | | Shum | | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | | $2,000,000.00 | 10240-5, at 140 | 6/1/24 | | $2,693,158.00 |
| 12 | Kathleen | | Mathesen | | William | A. | Mathesen | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 5 | 7539 at 5; 7565 | | - | 10280-4, at 1 | 9/1/24 | | $8,276,694.00 |
| 13 | Maureen | | Pugliese | | Robert | D. | Pugliese | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 11 | | | - | 10280-4, at 25 | 9/1/24 | | $1,400,763.00 |

# Exhibit B

| | Plaintiff | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Emma | Saville | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 2 | Isabel | Ashman | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 3 | John | Remington | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 4 | Sarah | Patterson | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Spouse | | | $12,500,000.00 |
| 5 | Georgette | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | | | $12,500,000.00 |
| 6 | Jamie | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 7 | Jill | Elizabeth | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 8 | Matthew | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 9 | Christine | | Kelly | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 10 | Lisa | | DeRienzo | | US | Michael | | DeRienzo | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Sibling | | | $4,250,000.00 |
| 11 | Kimmie | Michele | Chedel | | Canada | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | 10230; 10233 | Spouse | | | $12,500,000.00 |
| 12 | Garrett | Francis | Doyle | | US | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | | | $8,500,000.00 |
| 13 | Zoe | Noel | Doyle | | US | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | | | $8,500,000.00 |
| 14 | Josefina | | Blanchard | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 15 | Flordaliza | Norelia | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | | | $4,250,000.00 |
| 16 | Jasmine | Fabiola | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 17 | Maria | Altagracia | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 18 | Moises | | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | | | $4,250,000.00 |
| 19 | Rafael | Antonio | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 20 | Maria | Elena | Santana | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 21 | Diane | McGill | Inghilterra | | US | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | | | $12,500,000.00 |
| 22 | Louis | Sam | Inghilterra | | US | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 23 | Danielle | | Kelly | | US | Maurice | Patrick | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 24 | Lacina | | Kone | | US | Abdoulaye | | Kone | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | | | $8,500,000.00 |
| 25 | Alana | Marie | McKenzie | | US | Molly | Lou | McKenzie | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 26 | Wil-Justin | | Ojeda | | US | Lizette | | Mendoza | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 7 | | Child | | | $8,500,000.00 |
| 27 | Stacy | Joy | Paolozzi | | US | Franklin | Allan | Pershep | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 6 | | Child | | | $8,500,000.00 |
| 28 | Chanel | | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 29 | Leon | | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 30 | Rebecca | Yau | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | | | $12,500,000.00 |
| 31 | Ursula | | Andrus | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | | | $12,500,000.00 |
| 32 | Alexandra | | Szurkowski | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 33 | Claudia | | Szurkowski | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |